**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:     Alexander Adam Jackson **v.** The State of Texas

Appellate case number:   01-16-00242-CR

Trial court case number: 1489376

Trial court:             209th District Court of Harris County

Date motion filed:       April 12, 2018

Party filing motion:     Appellant

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**


Judge's signature: /s/_____Sherry Radack_____
          ☐ Acting Individually ☒ Acting for the Court

Panel consists of: Chief Justice Radack and Justices Keyes and Caughey.


Date: _July 31, 2018_____